**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| THE NEVADA DIVISION OF STATE LANDS, | * * * | |
| Plaintiff, | * * | Case No. 3:24-cv-00190-LRH-CLB |
| v. | * * | |
| CINDY MARLIN; DANA MARLIN; MARLIN LIVING TRUST; DOES 1 to 100 and ROE CORPORATIONS 1 to 100, inclusive, | * * * * | |
| Defendants. | * | |

## ORDER GRANTING STIPULATION

Come now Cindy Marlin, Dana Marlin, and the Marlin Living Trust (collectively, the "Defendants") and The Nevada Division of State Lands (the "Plaintiff"), by and through respective undersigned counsel, and stipulate as follows:

1. The Plaintiff and the Defendants (collectively, the "Parties") are engaged in ongoing discussions concerning a potential resolution of this case;

2. The Parties share a mutual desire to avoid the advancement of litigation while a potential resolution is being assessed and, equally, are confident that the outcome of such negotiations – whether positive or negative – will be readily ascertainable in the coming weeks;

ORDER GRANTING STIPULATION - 1

3. The Defendant's brief in opposition to the Plaintiffs' Motion to Dismiss or, In the Alternative, for Summary Judgment (the "Pending Dispositive Motion," as found at DE #3) is presently due on May 20, 2024; and

4. No prejudice will accrue to either of the Parties if the Defendant's deadline to oppose the Pending Dispositive Motion is slightly continued;

IT IS NOW, THEREFORE, STIPULATED AND AGREED as follows:

a. The Defendant's opposition to the Pending Dispositive Motion shall be due not later than May 30, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ Maurice B. VerStandig | /s/ Nathan C. Holland (signed w/ express permission) |
| Maurice B. VerStandig, Esq. | Nathan C. Holland, Esq. |
| Bar No. 15346 | Bar No. 15247 |
| The VerStandig Law Firm, LLC | Office of the Attorney General |
| 1452 W. Horizon Ridge Pkwy, #665 | 100 N. Carson Street |
| Henderson, Nevada 89012 | Carson City, Nevada 89701 |
| Telephone: (301) 444-4600 | Telephone: (775) 684-1254 |
| Facsimile: (301) 444-4600 | Facsimile: (775)684-1108 |
| Electronic Mail: mac@mbvesq.com | Electronic Mail: nholland@ag.nv.gov |
| *Counsel for the Defendants* | *Counsel for the Plaintiffs* |

## ORDER

The foregoing stipulation is hereby approved and so ORDERED.

IT IS SO ORDERED.

DATED this 20th day of May, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION - 2

