AARON D. FORD
Attorney General
NATHAN C. HOLLAND (Bar No. 15247)
  Deputy Attorney General
JORDAN K. LAUB (Bar No. 15767)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
T:  775) 684-1254
E:  nholland@ag.nv.gov
    jklaub@ag.nv.gov
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE NEVADA DIVISION OF STATE LANDS,<br><br>                              Petitioner,<br><br>         vs.<br><br>CINDY MARLIN; DANA MARLIN; MARLIN LIVING TRUST; DOES 1 to 100 and ROE CORPORATIONS 1 to 100, inclusive,<br><br>                              Respondents. | Case No. 3:24-cv-00190-LRH-CLB<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's April 4, 2024, Order, Plaintiff Nevada Division of State Lands (the "Division") and Defendants Cindy Marlin, Dana Marlin, and the Marlin Living Trust (collectively, "Defendants") submit this Joint Status Report.

**I.     Nature of the Case**

This is a civil action arising from Defendants' alleged unauthorized limbing of trees on property owned by the State of Nevada. The Division asserts claims against Defendants for trespass, trespass to chattels, nuisance, unjust enrichment, and negligence.

**II.    Current Status of the Case**

A.     The Division filed its Complaint in the Ninth Judicial District Court of the State of Nevada in and for the County of Douglas on March 29, 2024.

B. Defendants removed the action to this Court on April 27, 2024, asserting diversity jurisdiction under 28 U.S.C. § 1332.

C. Defendants filed a Motion to Dismiss on May 7, 2024. The Division's response is currently due on May 30, 2024.

D. On May 17, 2024, the Division filed a Motion to Remand, arguing that this Court lacks subject matter jurisdiction because (1) the Division is not a "citizen" for diversity purposes; and (2) the Division is an arm of the State of Nevada entitled to sovereign immunity under the Eleventh Amendment. The Motion to Remand is currently pending, with the Defendants' opposition thereto not yet due.

E. On May 28, 2024, parties met and have stipulated to an additional ten-day extension for the response to the Motion to Dismiss. This motion will be filed on May 29, 2024. The updated due date for the response to the Motion to Dismiss will be June 10, 2024.

**III. Discovery**

The parties have not yet engaged in discovery due to the pending Motion to Dismiss and Motion to Remand. The parties propose that discovery be stayed until the Motion to Dismiss and the Motion to Remand have been resolved.

**IV. Settlement Discussions**

The parties have begun preliminary settlement discussions and are actively exploring the possibility of resolving this matter without further litigation.

**V. Other Matters**

The parties are not aware of any other matters that require the Court's attention at this time.

/ / /

/ / /

/ / /

/ / /

/ / /

## VI. Proposed Schedule

If the case remains in federal court and does not settle within that time, the parties will submit a proposed discovery plan and scheduling order within 14 days of the expiration of the stay.

DATED this 29th day of May, 2024.

>AARON D. FORD
>Attorney General
>
>By: */s/ Nathan C. Holland*
>NATHAN C. HOLLAND (Bar No. 15247)
>  Deputy Attorney General
>JORDAN K. LAUB (Bar No. 15767)
>  Deputy Attorney General

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on this 29th day of May, 2024, I served a true and correct copy of the foregoing JOINT STATUS REPORT, by electronic service to the participants in this case who are registered with the U.S. District Court's CM/ECF electronic service to this matter:

>Maurice B. VerStandig, Esq.
>THE VERSTANDIG LAW FIRM, LLC
>1452 W. Horizon Ridge Pkwy., Ste. 665
>Henderson, NV 89012
>mac@mbvesq.com

>*/s/ Dorene A. Wright*
>An employee of the
>Office of the Nevada Attorney General