**SAO**
Maurice VerStandig, Esq.
Nevada Bar No.: 15346
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Telephone: (301) 444-4600
Facsimile: (301) 444-4600
Email:  mac@mbvesq.com
*Counsel for the Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| THE NEVADA DIVISION OF STATE LANDS, | * | |
| | * | |
| | * | |
| Plaintiff, | * | Case No. 3:24-cv-00190-ART-CLB |
| | * | |
| v. | * | |
| | * | |
| CINDY MARLIN; DANA MARLIN; MARLIN LIVING TRUST; DOES 1 to 100 and ROE CORPORATIONS 1 to 100, inclusive, | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

### SECOND STIPULATION AND ORDER

Come now Cindy Marlin, Dana Marlin, and the Marlin Living Trust (collectively, the "Defendants") and The Nevada Division of State Lands (the "Plaintiff"), by and through respective undersigned counsel, and stipulate as follows:

1.    The Plaintiff and the Defendants (collectively, the "Parties") are engaged in ongoing discussions concerning a potential resolution of this case;



STIPULATION AND ORDER - 1

2.      The Parties share a mutual desire to avoid the advancement of litigation while a potential resolution is being assessed and, equally, are confident that the outcome of such negotiations – whether positive or negative – will be readily ascertainable in the coming weeks;

3.      The Defendants' brief in opposition to the Plaintiffs' Motion to Dismiss or, in the Alternative, for Summary Judgment (the "Pending Dispositive Motion," as found at DE #3) is presently due on May 30, 2024; and

4.      No prejudice will accrue to either of the Parties if the Defendants' deadline to oppose the Pending Dispositive Motion is slightly continued;

IT IS NOW, THEREFORE, STIPULATED AND AGREED as follows:

a.      The Defendants' opposition to the Pending Dispositive Motion shall be due not later than June 10, 2024.

Respectfully submitted this 29th day of May, 2024.

| | |
|---|---|
| /s/ Maurice B. VerStandig | /s/ Nathan C. Holland |
| Maurice B. VerStandig, Esq. | Nathan C. Holland, Esq. |
| Bar No. 15346 | Bar No. 15247 |
| The VerStandig Law Firm, LLC | Office of the Attorney General |
| 1452 W. Horizon Ridge Pkwy., #665 | 100 North. Carson Street |
| Henderson, Nevada 89012 | Carson City, Nevada 89701 |
| Telephone: (301) 444-4600 | Telephone: (775) 684-1254 |
| Facsimile: (301) 444-4600 | Facsimile: (775)684-1108 |
| Electronic Mail: mac@mbvesq.com | Electronic Mail: nholland@ag.nv.gov |
| *Counsel for the Defendants* | *Counsel for the Plaintiffs* |

**ORDER**

The foregoing stipulation is hereby approved and so ORDERED.
 Dated: May 30, 2024.

Hon. Carla Baldwin
United States Magistrate Judge



STIPULATION AND ORDER - 2